
RECEIVED
OCT 27 2005

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BOOZER | CIVIL ACTION 3-05-0873 |
| VERSUS | U.S. DISTRICT JUDGE ROBERT G. JAMES |
| LINCOLN HEALTH SYSTEM, INC., et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## **J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the defendant's motion for summary judgment [Doc. 12] is GRANTED.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 27 day of October 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE